UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

JOE STANNER AGEE                                                              PETITIONER

V.                                                    CIVIL ACTION NO. 4:09CV118 DPJ-FKB

DALE CASKEY                                                                    RESPONDENT

JUDGMENT

Having fully reviewed the unopposed Report and Recommendation of the United States Magistrate Judge entered in this cause, and having adopted same as the opinion of this Court, the Court finds that the same entire action should be dismissed with prejudice.

THEREFORE, IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of the Respondent, and that this action is dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this the 21st day of April, 2010.

s/ *Daniel P. Jordan III*
UNITED STATES DISTRICT JUDGE